UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Gordon A. Simmons
and Sieglinde K. Simmons,
  Plaintiffs

v.

Service Credit Union,
  Defendant

--------------          Civil Action No. 1:17-cv-00159-PB

Service Credit Union,
  Counterclaimant

v.

Gordon A. Simmons.
  Counterclaim Defendant

## PARTIES' JOINT MEDIATION STATEMENT

NOW COME the Parties, by and through their counsel, and state that they are in the process of scheduling private mediation in the spring of 2019.

      Respectfully Submitted,

      GORDON A. SIMMONS and
      SIEGLINDE K. SIMMONS,
      By their attorneys,
      SHAINES & McEACHERN, P.A.,

Date: November 30, 2018    By:  /s/Paul McEachern
          Paul McEachern, NHBA #1679
          282 Corporate Drive, Suite 2
          Portsmouth, NH 03801
          603.436.3110
          pmceachern@shaines.com

|  |  |  |
|---|---|---|
|  | GORDON A. SIMMONS,<br>By his attorneys,<br>LITCHFIELD CAVO, LLP, |  |
| Date:   November 30, 2018 | By: | /s/Bethany Minich<br>Bethany Minich (NHBA # 265413)<br>Eileen P. Kavanagh, *pro hac vice*<br>6 Kimball Lane, Suite 200<br>Lynnfield, MA 01940<br>781.309.1500<br>minich@litchfieldcavo.com<br>kavanagh@litchfieldcavo.com |
|  | SERVICE CREDIT UNION,<br>By its attorneys,<br>JACKSON LEWIS P.C., |  |
| Date:   November 30, 2018 | By: | /s/K. Joshua Scott<br>Debra Weiss Ford, NH Bar No. 2687<br>K. Joshua Scott, NH Bar No. 17479<br>100 International Drive, Suite 363<br>Portsmouth, NH 03801<br>debra.ford@jacksonlewis.com<br>603.559.2727 | Direct<br>joshua.scott@jacksonlewis.com<br>603.559.2711 | Direct |