UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Gordon A. Simmons
and Sieglinde K. Simmons,
    Plaintiffs

v.

Service Credit Union,
    Defendant

--------------                    Civil Action No. 1:17-cv-00159-PB

Service Credit Union,
  Counterclaimant

v.

Gordon A. Simmons.
  Counterclaim Defendant

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by their counsel, and hereby stipulate that this action is dismissed, with prejudice and without costs or interest, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully Submitted:

GORDON A. SIMMONS and
SIEGLINDE K. SIMMONS,
By their attorneys,
SHAINES & McEACHERN, P.A.,

Date:  September 30, 2019        By:    /s/Paul McEachern
                                                        Paul McEachern, NHBA #1679
                                                        282 Corporate Drive, Suite 2
                                                        Portsmouth, NH 03801
                                                         603.436.3110
                                                         pmceachern@shaines.com

|  |  | SERVICE CREDIT UNION,<br>By its attorneys,<br>JACKSON LEWIS P.C., |
|---|---|---|
| Date: September 30, 2019 | By: | /s/Debra Weiss Ford<br>Debra Weiss Ford, NHBA #2687<br>K. Joshua Scott, NHBA #17479<br>100 International Drive, Suite 363<br>Portsmouth, NH 03801<br>debra.ford@jacksonlewis.com<br>603.559.2727 | Direct<br>joshua.scott@jacksonlewis.com<br>603.559.2711 | Direct |

2