```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Gordon A. Simmons, et al
     v.
                                    Case No. 17-cv-159-PB
Service Credit Union

## JUDGMENT

In accordance with the Order by Judge Paul Barbadoro dated June 11, 2018, and the Stipulation of Dismissal dated September 30, 2019, judgment is hereby entered.

                                                    By the Court:

                                                   /s/ Tracy A. Uhrin
                                                   _____
                                                   Tracy A. Uhrin
                                                   Chief Deputy Clerk

Date: September 30, 2019

cc: Counsel of Record